Clayeo C. Arnold, Esq., SBN 65070
John T. Stralen, Esq., SBN 171227
**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jstralen@justice4you.com

Attorneys for Plaintiff MONICA RANGER individually and
on behalf of those similarly situated

Natalie B. Fujikawa, Esq., SBN 258724
**GORDON REES SCULLY MANSUKHANI, LLP**
3 Parkcenter Drive, Ste. 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
Email: nfujikawa@grsm.com

Attorneys for Defendant SHARED IMAGING, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RANGER, individually and on behalf of all those similarly situated,<br><br>        PLAINTIFF,<br>vs.<br><br>SHARED IMAGING, a Limited Liability Company and DOES 1 THROUGH 100, inclusive,<br><br>        Defendants. | Case No.: 2:20-cv-00401-KJM-KJN<br><br>**JOINT STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT** |

   **WHEREAS**, on January 1, 2020, Plaintiff MONICA RANGER ("Plaintiff") filed a Class Action Complaint in Sacramento County Superior Court, asserting the following six causes of action against Defendant SHARED IMAGING, LLC ("Defendant"): (1) failure to pay

compensation for forfeited meal periods; (2) failure to pay compensation for forfeited rest periods; (3) failure to pay overtime wages; (4) failure to provide accurate pay stubs; (5) failure to pay timely earned wages during employment and upon separation of employment; and (6) violation of Business and Professions Code sections 17200, *et seq.*;

**WHEREAS**, on February 21, 2020, Defendant filed a Notice of Removal to the United States District Court for the Eastern District of California;

**WHEREAS**, on April 23, 2020, Plaintiff filed a First Amended Class Action Complaint, removing Plaintiff's claim for failure to timely pay wages, and adding a claim for penalties pursuant to the California Private Attorneys General Act;

**WHEREAS**, Plaintiff seeks to file a Second Amended Complaint to add a cause of action for Failure to Indemnify/Reimburse Business Expenses in violation of Labor Code section 2802;

**WHEREAS**, a copy of Plaintiff's proposed Second Amended Complaint for Damages is attached hereto as **Exhibit "A"**;

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1.      Plaintiff should be granted leave to amend to file the Second Amended Complaint for Damages, a copy of which is attached hereto as **Exhibit "A."**

2.      Defendant's responsive pleading shall be due thirty (30) days after the Second Amended Complaint for Damages is filed.

Dated: March 26, 2021                    THE DARREN GUEZ LAW FIRM


                                         _____/s/ Darren Guez_____
                                         Darren Guez, Esq.
                                         Attorney for Plaintiff Doug Stewart

Dated: March 26, 2021                    GORDON & REES SCULLY MANSUKHANI


                                         _____/s/ Natalie B. Fujikawa_____
                                         Natalie B. Fujikawa, Esq.
                                         Attorney for Defendant Shared Imaging, LLC

## ORDER

**IT IS HEREBY ORDERED** that the foregoing stipulation is approved and the Clerk is directed to accept the Second Amended Complaint for filing forthwith.

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff, MONICA RANGER is granted leave to amend to file her Second Amended Complaint for Damages, a copy of which is attached hereto as **Exhibit "A."**

**IT IS ALSO ORDERED** that Defendant's responsive pleading shall be due thirty (30) days after the Second Amended Complaint for Damages is filed.

**IT IS FURTHER ORDERED** that the Second Amended Complaint for Damages is deemed filed as of the date this Order is transmitted via the CM/ECF system.

DATED:  March 30, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE