Clayeo C. Arnold, Esq., SBN 65070
John T. Stralen, Esq., SBN 171227
**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jstralen@justice4you.com

*IN ASSOCIATION WITH*

Darren Guez, Esq. SBN 282023
**THE DARREN GUEZ LAW FIRM**
836 57th Street
Sacramento, CA 95819
Telephone: (916) 520-0988
Facsmile: (916) 490-3714
Email: darren@guezlaw.com

Attorneys for Plaintiff
MONICA RANGER individually and
on behalf of those similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RANGER, individually and on behalf of all those similarly situated,<br><br>　　　　Plaintiff,<br>vs.<br><br>SHARED IMAGING, a Limited Liability Company and DOES 1 THROUGH 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-00401-KJM-KJN<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER STAYING MATTER PENDING PRELIMINARY AND FINAL APPROVAL OF CLASS ACTION/PAGA SETTLEMENT**<br><br>Complaint filed: January 20, 2020<br>Trial date: Not set |

Pursuant to Eastern District of California Local Rule 143, Plaintiff Monica Ranger ("Plaintiff") and Defendant Shared Imaging, LLC ("Defendant"), by and through the undersigned counsel, hereby stipulate as follows:

WHEREAS Plaintiff and Defendant (collectively "the Parties") have reached an agreement in principle to settle this wage and hour class and PAGA Action, the essential terms of which are set forth in the Parties' fully-endorsed Memorandum of Understanding;

WHEREAS, the Parties are in the process of finalizing a joint stipulation for class action and PAGA settlement, and in the interim stipulate that the Court may enter an order as follows:

1. All proceedings, including deadlines to complete discovery and expert discovery, in this action are stayed for 120 days from the date this Order is executed;

2. The parties are to execute a settlement agreement reflecting their agreement in principle to settle this wage and hour class action and PAGA action as soon as practicable, but in any event within 120 days from the date this Order is executed;

3. Plaintiff is to move for preliminary approval of the class action settlement as soon as practicable, but in any event within 120 days from the date this order is executed;

4. Should the Parties fail to execute a settlement agreement within 120 days from the date this Order is executed, the Parties shall file a joint statement showing cause why the stay should not be lifted.

Respectfully Submitted,

Dated: November 11, 2021        DARREN GUEZ LAW FIRM

        /s/ Darren Guez
Darren Guez, Esq.
Attorney for Plaintiff

Dated: November 11, 2021

        /s/ Natalie B. Fujikawa
Natalie B. Fujikawa
Attorney for Defendant

# ORDER

Having read and considered the Parties' Stipulation to stay proceedings in this matter in light of agreement in principle to settle this case, the facts upon which the request is based, and good cause appearing, it is ORDERED as follows:

    1.    All proceedings are stayed for 120 days from the date this Order is executed. If a Motion for Preliminary Approval of Class Action Settlement is not on file by this date, the Parties shall file a joint statement showing cause why the stay should not be lifted.

DATED: November 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE