CLAYEO C. ARNOLD (SBN: 65070)
JOHN T. STRALEN (SBN: 171227)
CLAYEO C. ARNOLD
A PROFESSIONAL LAW CORPORATION
865 Howe Avenue
Sacramento, CA  95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
jstralen@justice4you.com

*IN ASSOCIATION WITH*

DARREN GUEZ (SBN: 282023)
THE DARREN GUEZ LAW FIRM
836 57th Street
Sacramento, CA  95819
Telephone: (916) 520-0988
Facsimile: (916) 490-3714
darren@guezlaw.com

Attorneys for Plaintiff
MONICA RANGER

[CAPTION CONTINUED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RANGER, individually and on behalf of all those similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SHARED IMAGING, a Limited Liability Company, and DOES 1 THROUGH 10, inclusive,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:20-CV-00401-KJM-KJN<br><br>*Assigned for All Purposes to the Honorable Kimberly J. Mueller*<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR PROVISIONAL CERTIFICATION OF CLASS ACTION AND RELATED RELIEF; ORDER**<br><br>Complaint Filed: January 21, 2020<br>FAC Filed: April 23, 2020<br>SAC Filed: March 30, 2021 |

-1-
JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND
2:20-CV-00401-KJM-KJN

1  LINDA M. MORONEY (SBN: 172668)
   NATALIE FUJIKAWA (SBN: 258724)
2  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054
   nfujikawa@grsm.com
5  lmoroney@grsm.com

6  E. JASON TREMBLAY (*admitted pro hac vice*)
   ALEXANDER L. REICH (*admitted pro hac vice*)
7  SAUL EWING ARNSTEIN & LEHR LLP
   161 N. Clark St, Suite 4200
8  Chicago, IL 60601
   Telephone: (312) 876-7100
9  jason.tremblay@saul.com
   alexander.reich@saul.com
10
   HENRY A. PLATT (SBN: 142304)
11 SAUL EWING ARNSTEIN & LEHR LLP
   1919 Pennsylvania Avenue, N.W., Suite 550
12 Washington, D.C. 20006
   Telephone: (202) 342-3447
13 henry.platt@saul.com

14 Attorneys for Defendant
   SHARED IMAGING, LLC

# **STIPULATION**

Pursuant to Eastern District Local Rule 144, and Fed. R. Civ. P. 6, Plaintiff MONICA RANGER ("Plaintiff") and Defendant SHARED IMAGING, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on March 12, 2022, Plaintiff filed a Motion for Provisional Certification of Class Action; Preliminary Approval of Settlement; Setting Hearing for Final Approval; Associate Appointments; and Approval of Settlement and Dismissal of PAGA Claim ("Plaintiff's Motion") (ECF No. 32);

WHEREAS, under applicable local rule, Defendant has 14 days to respond to Plaintiff's Motion;

WHEREAS, Defendant intends on responding to and opposing Plaintiff's Motion but cannot obtain a desired declaration by the date opposition is currently due;

WHEREAS, Defendant needs additional time up through and including April 13, 2022, to respond to Plaintiff's Motion;

WHEREAS, Plaintiff has agreed to provide this requested extension for Defendant to file its Response in Opposition to Plaintiff's Motion from March 25, 2022, to April 13, 2022;

WHEREAS, in light of this extension, Plaintiff's reply would be due on April 25, 2022, and the hearing on Plaintiff's Motion would remain set on the originally noticed date of May 6, 2022, at 10:00 am.

WHEREAS, good cause exists for Defendant's extension to respond to Plaintiff's Motion, because it would provide sufficient time for Defendant to respond to Plaintiff's Motion without the need for further proceedings, as well as because the hearing date for Plaintiff's Motion will not be impacted.

Based on the foregoing, IT IS HEREBY STIPULATED, by and between the Parties and their respective counsel that the deadline for Defendant SHARED IMAGING, LLC to file its response in opposition to Plaintiff's Motion is extended to April 13, 2022, and that Plaintiff's reply in support of Plaintiff's Motion shall be due on April 25, 2022, with the hearing date on

1  Plaintiff's Motion of May 6, 2022, at 10:00 am to stand.

2  **IT IS SO STIPULATED.**

Dated: March 16, 2022					THE DARREN GUEZ LAW FIRM

							By:	/s/ *Darren Guez*
								Darren Guez
								Attorneys for Plaintiff
								MONICA RANGER

Dated: March 16, 2022					SAUL EWING ARNSTEIN & LEHR LLP

							By:	/s/ *Henry A. Platt*
								E. Jason Tremblay
								Henry A. Platt
								Alex Reich
								Attorneys for Defendant
								SHARED IMAGING, LLC

# ORDER

Pursuant to the Parties' stipulation, **IT IS SO ORDERED**. Defendant shall respond to Plaintiff's Motion for Provisional Certification of Class on or before April 13, 2022, and Plaintiff shall file her reply on or before April 25, 2022, with the existing hearing date of May 6, 2022, at 10:00 am to stand.

DATED: March 24, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE