Clayeo C. Arnold, Esq., SBN 65070
John T. Stralen, Esq., SBN 171227
**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jstralen@justice4you.com

*IN ASSOCIATION WITH*

Darren Guez, Esq. SBN 282023
**THE DARREN GUEZ LAW FIRM**
836 57th Street
Sacramento, CA 95819
Telephone: (916) 520-0988
Facsmile: (916) 490-3714
Email: darren@guezlaw.com

Attorneys for Plaintiff
MONICA RANGER individually and
on behalf of those similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RANGER, individually and on behalf of all those similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>SHARED IMAGING, a Limited Liability Company and DOES 1 THROUGH 100, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-00401-KJM-KJN<br><br>**CLASS ACTION**<br><br>**ORDER ON STIPULATION TO REQUEST STAY IN LIGHT OF SETTLEMENT**<br><br><br><br>Complaint filed: January 20, 2020<br>Trial date: Not set |

2

The Court, having reviewed and considered the parties' request to stay this class action and PAGA collective matter in light of settlement, finds good cause and orders as follows:

1. That plaintiff shall file a motion for provisional approval of the proposed settlement within 45 days from the date this order is issued. If Plaintiff does not file such a motion within this time frame, the parties shall submit a joint status report within 55 days from the date this order is issued.

2. The court denies the parties request to stay all proceedings, including deadlines to complete discovery.

3. The parties may submit a stipulated request to extend pretrial deadlines as necessary.

IT IS SO ORDERED.

Dated: May 15, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE