CLAYEO C. ARNOLD (SBN: 65070)
JOSHUA H. WATSON (SBN: 238058)
CLAYEO C. ARNOLD
A PROFESSIONAL LAW CORPORATION
865 Howe Avenue
Sacramento, CA  95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
jstralen@justice4you.com

Attorneys for Plaintiff
MONICA RANGER

[CAPTION CONTINUED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RANGER, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SHARED IMAGING, a Limited Liability Company, and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 2:20-CV-00401-KJN<br>*Assigned for All Purposes to the Honorable Kendall J. Newman*<br><br>**ORDER ON STIPULATED REQUEST TO FURTHER CONTINUE DEADLINE TO SUPPLEMENT BRIEFING RE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: January 21, 2020 |

-1-
ORDER ON STIPULATED REQUEST TO FURTHER CONTINUE DEADLINE TO SUPPLEMENT BRIEFING
RE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

LINDA M. MORONEY (SBN: 172668)
NATALIE B. FUJIKAWA (SBN: 258724)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
lmoroney@grsm.com
kkeister@grsm.com
nfujikawa@grsm.com

HENRY A. PLATT (SBN: 142304)
SAUL EWING ARNSTEIN & LEHR LLP
1919 Pennsylvania Avenue, N.W., Suite 550
Washington, D.C. 20006
Telephone: (202) 342-3447
Facsimile: (202) 29506776
henry.platt@saul.com

Attorneys for Defendant
SHARED IMAGING, LLC

-2-
ORDER ON STIPULATED REQUEST TO FURTHER CONTINUE DEADLINE TO SUPPLEMENT BRIEFING
RE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

# ORDER

The Court, having reviewed the parties' stipulation requesting a continuance of the deadline for Plaintiff's supplemental briefing on unopposed motion for preliminary approval and related relief, finds good cause and orders as follows:

1. Plaintiff's supplemental briefing on the pending motion for preliminary approval class action settlement is due on or before May 31, 2023.

IT IS SO ORDERED.

Dated: April 19, 2023

rang.401

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE