UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RANGER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHARED IMAGING,<br><br>Defendant. | No.  2:20–cv–401–KJN<br><br>ORDER ON STIPULATED REQUEST TO FILE AMENDED COMPLAINT FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

The Court, having reviewed the parties' stipulation requesting that plaintiff be granted leave to file a Third Amended Complaint in the form proposed in the stipulation (ECF No. 62), finds good cause to allow amendment.  Plaintiff is granted leave to file the Third Amended Complaint in the form attached to the parties' stipulation (ECF No. 62-1) and is directed to file the Third Amended Complaint forthwith.  Once filed, the court will resolve the parties' revised motion for preliminary approval of the class action and PAGA settlement (ECF Nos. 61, 63) on the submitted briefing without a hearing.  Local Rule 230(g).  IT IS SO ORDERED.

Dated:  June 12, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rang.401