UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RANGER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHARED IMAGING, LLC.<br><br>Defendant. | No. 2:20–cv–401–KJN<br><br>ORDER TO SHOW CAUSE |

On July 5, 2023, the court preliminarily approved the parties' class action and PAGA settlement.[1] (ECF No. 66.) Therein, the court set the date of the final fairness hearing for December 5, 2023. To facilitate this hearing, plaintiff was ordered to submit—by October 30, 2023—a request for final approval, motion for attorneys' fees and incentive award, and declaration from the Settlement Administrator. That deadline has passed without any filings from the parties. Thus, plaintiff is ordered to show cause, by November 8, 2023, why sanctions should not issue. The court will withdraw this OSC if plaintiff submits the required filings by this date.

Dated: November 3, 2023

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rang.401

---

[1] The parties consented to the jurisdiction of a magistrate judge for all purposes, 28 U.S.C. § 636(a), and the case was reassigned to the undersigned. (See ECF Nos. 50, 52, 53.)

1